IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

USA

Plaintiff(s),

v.

Michael P. Gannon

Defendant(s).

Case No. 19-cr-302
Judge John J. Tharp, Jr.

## ORDER

This case is scheduled for an arraignment and the entry of a plea on Thursday, April 18, 2019 at 10:00 a.m. in Courtroom 1419.

Date: 4/8/2019

/s/ John J. Tharp, Jr.
United States District Judge