UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL P. GANNON | No. 19 CR 302<br><br>Judge John J. Tharp Jr. |

## NOTICE OF DESIGNATION

Please take notice that the undersigned Trial Attorney is designated as counsel for the United States of America in this matter. Previously designated attorneys for the government will continue to represent the United States in this matter.

Respectfully submitted,

By: *Elizabeth A Homan*
ELIZABETH A. HOMAN
Trial Attorney
U.S. Department of Justice,
Antitrust Division
Chicago Office
209 South LaSalle Street, Suite 600
Chicago, Illinois 60604
(312) 984-7200
elizabeth.homan@usdoj.gov