**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL P. GANNON | No. 19-CR-302<br><br>Judge John J. Tharp Jr. |

### GOVERNMENT'S RULE 12.4 DISCLOSURE STATEMENT

Federal Rule of Criminal Procedure 12.4(a)(2) requires the government to file a statement "identifying any organizational victim of the alleged criminal activity." If the victim is a corporation, the rule requires the government to identify any parent corporation and any publicly held corporation that owns 10% or more of its stock. The purpose of the Rule 12.4 Disclosure Statement is to assist judges in determining whether they must recuse themselves because of a financial interest in the subject matter in controversy. Fed. R. Crim. P. 12.4 advisory committee's note. At this time, the government has identified the following entities as potential victims of the alleged criminal activity and discloses them to the Court:

1. Arlington Heights School District 25
2. Avery Coonley School
3. Baker Tilly Virchow Krause, LLP
4. Casa Central Social Services Corporation
5. Northwestern Medicine Central DuPage Hospital
6. City of Elgin

7. College of DuPage

8. Community Consolidated School District 15

9. DeVry University, Inc.

10. Donlen Corporation

11. East Aurora School District 131

12. Equity Office Management, LLC

13. Essendant, Inc.

14. Extended Care Consulting, LLC

15. Gottlieb Memorial Hospital

16. HAVI Logistics North America, LLC

17. Lake Forest School District 67

18. Lake Park Community High School District 108

19. Little Company of Mary Hospital and Health Care Centers

20. Motorola Mobility, LLC

21. Northern Suburban Special Education District

22. Northbrook Park District

23. Rantoul City Schools District #137

24. The Salvation Army

25. Sciaky, Inc.

26. United States General Services Administration

27. University of Illinois at Chicago

28. Women's Practice, LLC

29. Water Street Healthcare Partners, LLC.

30. Westchester School District No. 92 1/2

31. WeWork Companies Inc.

        Respectfully submitted,

_____
DANIEL W. GLAD, IL Bar No. 6291567
daniel.glad@usdoj.gov
        Assistant Chief

JASON C. TURNER, IL Bar No. 6226269
jason.turner@usdoj.gov
ELIZABETH A. HOMAN, VA Bar No. 87637
elizabeth.homan@usdoj.gov
        Trial Attorneys

U.S. Department of Justice,
Antitrust Division
Chicago Office
209 South LaSalle Street
Suite 600
Chicago, IL 60604
Tel: (312) 984-7200