IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 19 CR 00302-1 |
| MICHAEL P. GANNON, | ) ) | Judge John J. Tharp, Jr. |
| Defendant. | ) ) ) | |

### ORDER

Arraignment held on 4/18/2019. William Kenneth Hedrick appears as counsel for defendant. Defendant waives Indictment. Defendant informed of his rights and the charges pending against him. Defendant enters a plea of guilty to the Information. The Court enters judgment of guilty. A status hearing is set on July 17, 2019 at 9:00 a.m. A sentencing hearing date will be set on a later date. The parties' joint oral motion to seal Attachment A to the plea agreement is granted; the Clerk is directed to maintain Attachment A to the plea agreement under seal. Enter Order Setting Conditions of Release and Appearance Bond. Defendant is admonished to comply with all terms and conditions of release; any violations may result in revocation of bond.

Dated: April 18, 2019

John J. Tharp, Jr.
United States District Judge