

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 19-CR-302 |
| v. | |
| MICHAEL P. GANNON | Judge John J. Tharp Jr. |

## WAIVER OF INDICTMENT

I, Michael P. Gannon, the above named defendant, who is accused of conspiring to suppress and eliminate competition by agreeing to rig bids and fix prices of commercial flooring services and products, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on April 18, 2019, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
MICHAEL P. GANNON
Defendant

_____
WILLIAM K. HEDRICK
Attorney for Defendant